**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br>**Tromble, et al. v. Medtronic, Inc. et al.**<br>**08-cv-00966** | MDL NO. 08-1905 (RHK/JSM)<br><br>**AMENDED ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S MOTION TO WITHDRAW** |

Plaintiffs' Lead Counsel previously filed a Motion to Withdraw in this action, seeking the withdrawal of retained counsel for Plaintiffs Elzie Campbell, Flora Gosselin, Jerry Lindley, Euris Rodrigue, and Arthur Smith.  The Court granted that Motion and ordered that the Becnel Law Firm was no longer counsel of record for Plaintiffs in this action.  (See Doc. No. 51.)

The Court has subsequently discovered that Plaintiffs' Lead Counsel's Motion did not list all of the co-counsel identified for Plaintiffs in the docket.  As a result, the Court's Order did not expressly discharge the Becnel Law Firm's co-counsel, as was intended by Plaintiffs' Lead Counsel's Motion and by the Court.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that the Court's May 19, 2011 Order (Doc. No. 51) is **AMENDED** to clarify that *all* counsel of record are discharged from representing Plaintiffs Elzie Campbell, Flora Gosselin, Jerry Lindley, Euris Rodrigue, and Arthur Smith in this action.

Dated: July 6, 2011     s/ Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge